WALTER LE ROY CAMP, Jr., ET AL., PLAINTIFFS, v. ATLANTIC CITY RAILROAD COMPANY, DEFENDANT.

Submitted January term, 1929—Decided May 7, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *Thompson & Hanstein.*

*Contra, Bolte & Tripician.*

Per Curiam.

In an action for damages for negligence the plaintiffs have verdicts as follows: Camp, Jr., $1,000, and Camp, Sr., $500, which the defendant seeks to set aside upon the grounds that they are against the weight of the evidence and because the plaintiff Camp, Jr., was guilty of contributory negligence.

We conclude that neither of these grounds is supported by the proofs and the rule to show cause will therefore be discharged, with costs.